No. 95–8637.  PIGOTT v. UNITED HOMES FOR CHILDREN ET AL. App. Ct. Mass.  Certiorari denied.

No. 95–8640.  HENDERSON v. STEWART ET AL.  C. A. 5th Cir. Certiorari denied.

No. 95–8653.  PATCH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8665.  MACK v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 95–8676.  KNIGHT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–8677.  LOPEZ v. REICH, SECRETARY OF LABOR.  C. A. 5th Cir.  Certiorari denied.

No. 95–8698.  DORTCH v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 95–8704.  JOHNSON v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 95–8710.  JACKSON v. UNITED STATES; and
No. 95–8714.  WALLS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.  Reported below: 70 F. 3d 1323.

No. 95–8712.  DIENSTBERGER v. GENERAL MOTORS CORP. C. A. 6th Cir.  Certiorari denied.

No. 95–8722.  ANDERSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–8725.  ZUCCO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8727.  GARY v. MISSOURI.  Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 95–8750.  LEDUC v. MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–8757.  COLEMAN v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.